## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH BUSBY, SHARON BUSBY, JENNIFER COLEMAN, SHIRLEY ELLIS, WILLIAM FERNANDES, LUIS FERNANDEZ, LINDA FERNANDEZ, FLOYD FREEMAN, LAURA FREEMAN, DEBORAH GARNER, ABRON GEE, ANITA GEE, MARTHA GRAVITT, THOMAS GREENSTREET, GLENDA GREENSTREET, LACY HERRING, VIRGINIA HERRING, MURIEL KING, WILLE KING, WILLIAM NICHOLS, GEORGE SELLERS, LAVERNE SELLERS, PHYLLIS SENZ, WALTER SHIELDS, JUDIANNE SHIELDS, GERTRUDE SMITH, JOSEPH SMITH, JOHN STREDWICK, GRACE STREDWICK, BONNIE TAYLOR, JOANNE THOMPSON AND RONALD THOMPSON,<br><br>-against-<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL No. 2592<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**Floyd Freeman and Laura Freeman.**

**2-15-cv-01751**

1

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiff's Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Floyd Freeman, is identified more fully in Paragraph 17 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Laura Freeman, is identified more fully in Paragraph 17 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

4. Individual Plaintiff, Laura Freeman herein resides in Rockmart, Georgia.

5. The Xarelto User, Floyd Freeman, resides in Rockmart, Georgia.

6. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

7. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

DATED:  May 24, 2015         **CALLAHAN & BLAINE, APLC**

By:   /s/ *Laura M. Morris*
      Daniel J. Callahan
      Daniel@callahan-law.com
      Laura M. Morris
      lmorris@callahan-law.com

        3 Hutton Centre Drive, Ninth Floor
        Santa Ana, CA  92707
        Tel:  (714) 241-4444
        Fax:  (714) 241-4445
        Attorneys for Plaintiffs,
        FLOYD FREEMAN and LAURA FREEMAN

Dated: May 24, 2016        **HODES MILMAN & LIEBECK, LLC**

        By:    /s/ *Daniel Hodes*
        Daniel Hodes
        dhodes@hmlm.com
        Jeff Milman
        jmilman@hmlm.com
        Jason Caruso
        jcaruso@hmlm.com
        9210 Irvine Center Drive
        Irvine, CA 92618
        Tel: (949) 640-8222
        Fax: (949) 336-8114
        Attorneys for Plaintiffs,
        FLOYD FREEMAN and LAURA FREEMAN